UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ARNOLD BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-CV-205-TRM-DCP |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

# ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Amend his Final Witness List to Identify Corey Veal as Defendant's Rule 30(b)(6) Corporate Designee [Doc. 100]. For grounds, Plaintiff states that he included a Rule 30(b)(6) witness in his initial disclosures and in his Final Witness List. Later, Plaintiff deposed Corey Veal, who Defendant designated as its Rule 30(b)(6) witness. Plaintiff seeks to supplement his Final Witness List to identify Corey Veal. Defendant filed a Response [Doc. 102], stating that it does not oppose the Motion.

Accordingly, the Court finds Plaintiff has established good cause for his request, and the Motion to Amend his Final Witness List to Identify Corey Veal as Defendant's Rule 30(b)(6) Corporate Designee [**Doc. 100**] is **GRANTED**. Plaintiff **SHALL** file his supplemental Final Witness List on or before **March 16, 2020.**

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge